HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAN HOLCOMB,<br><br>                            Plaintiff,<br><br>    v.<br><br>GRAYS HARBOR COUNTY,<br><br>                            Defendant. | No. 12-CV-5400 RBL/KLS<br><br>Order<br><br><br><br><br><br>(Dkts. #12, 14) |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation (Dkt. #12);

(2) Plaintiff's Motion for Injunction (Dkt. #14) is **DENIED AS MOOT**.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and the Honorable Karen L. Strombom.

The case is **DISMISSED WITHOUT PREJUDICE**.

Dated this 16th day of August 2012.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order - 1