HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DAN HOLCOMB, | No. 12-CV-5400 RBL/KLS |
| Plaintiff, | Order |
| v. | |
| GRAYS HARBOR COUNTY, | |
| Defendant. | (Dkts. #12, 14) |

The Court, having reviewed the Report and Recommendation of Magistrate Judge Karen L. Strombom, objections to the Report, if any, and the remaining record, does hereby find and **ORDER**:

(1) The Court adopts the Report and Recommendation (Dkt. #12);

(2) Plaintiff's Motion for Injunction (Dkt. #14) is **DENIED AS MOOT**.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and the Honorable Karen L. Strombom.

The case is **DISMISSED WITHOUT PREJUDICE**.

Dated this _16_ day of August 2012.

RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Order - 1